

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*      *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*      *TTY (414)297-1088*
*Milwaukee WI 53202*      *Fax (414) 297-1738*
     *www.usdoj.gov/usao/wie*

February 26, 2026

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

     Re:      *United States v. Approximately* 816,955.838899 *Tether (USDT) cryptocurrency from cryptocurrency address ending in SLN6VW*
           Case No. 26-CV-317

Dear Clerk:

This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin today, February 26, 2026. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is April 27, 2026.

Please contact our office at (414) 297-1700 if you have any questions.

     Sincerely,

     BRAD D. SCHIMEL
     United States Attorney

     By:      *s/Elizabeth M. Monfils*
           ELIZABETH M. MONFILS
           Assistant United States Attorney
           Wisconsin Bar No. 1061622
           Office of the United States Attorney
           Eastern District of Wisconsin
           517 E. Wisconsin Avenue, Room 530
           Milwaukee, WI 53202
           Telephone: (414) 297-1700
           Fax: (414) 297-1738
           E-Mail: elizabeth.monfils@usdoj.gov